UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Claudia Payton

Case No. 12-12253
Chapter 13

Debtor(s).

## LOSS MITIGATION REQUEST BY DEBTOR(S) AND CERTIFICATE OF SERVICE

PURSUANT TO SECTION V OF THE COURT'S LOSS MITIGATION PROGRAM PROCEDURES, THE CREDITOR(S) NAMED HEREIN HAS/HAVE 14 DAYS FROM SERVICE OF THIS REQUEST TO FILE AND SERVE AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ON THE DEBTOR(S), DEBTOR(S)' ATTORNEY, AND THE CASE TRUSTEE.  IF AN OBJECTION TO LOSS MITIGATION REQUEST AND A NOTICE OF HEARING ON OBJECTION TO LOSS MITIGATION REQUEST ARE NOT FILED, THE COURT MAY ENTER A LOSS MITIGATION ORDER.

I am/We are the Debtor(s) in this case and hereby request to enter into the Loss Mitigation Program with respect to my/our Property located at:

Address:  1754 Crane Street Schenectady New York 12303

With the following Creditor(s):

Creditor's Name and Address:

Rushmore Loan Management Services

P.O. 55004

Irvine, CA 92619-2708

With respect to the Property, Creditor is the holder of a:
- ☒ First Mortgage
- ☐ Second Mortgage
- ☐ Other (please specify): _____

Additional Creditor's Name and Address:

With respect to the Property, Additional Creditor is the holder of a:
- ☒ First Mortgage
- ☐ Second Mortgage
- ☐ Other (please specify): _____

**Signature:**

I understand that if the court orders Loss Mitigation in this case, I am required to comply with the Loss Mitigation Program Procedures and will participate in good faith. **I understand that Loss Mitigation is voluntary for all parties and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me.** I understand that I am not required to request dismissal of my case as part of any resolution or settlement that is offered or agreed to during Loss Mitigation. I also understand that if a Loss Mitigation Order is entered, I am responsible pursuant to section VII(B) of the Loss Mitigation Program Procedures for adjourning any matters pending between the Loss Mitigation Parties for which I am the movant. I certify that the Property in question consists only of real property used as my principal residence in which I hold an interest.

Dated: 4/22/15

_____
Debtor

Dated: _____

_____
Joint Debtor

**Loss Mitigation Contact Information for Attorney for Debtor(s):**

Name: Justin Myers, Esq.

Title: _____

Firm: Barbaruolo Law Firm, P.C.

Address: 12 Cornell Road

Address 2: _____

City: Latham    State: NY    Zip Code: 12110

Phone No.: (518) 782-9100    Facsimile No.: (518) 782-9101

Email Address: jmyers@bwlawpc.com

## CERTIFICATE OF SERVICE

I, _____Justin Myers_____, state under penalty of perjury that the following is true and accurate.

(1) That I am not a party to this action, am over 18 years of age, and reside in __Albany__, New York.

(2) That on _____April 28_____, 20 _15_, I served a true and accurate copy of the above Loss Mitigation Request by Debtor(s)—

—by notice of electronic filing (NEF) via the CM/ECF system upon the following parties at the email addresses listed below:
   Craig Edelman, Esq. <craig.edelman@buckleymadole.com>

   Andrea E. Celli, Esq. <legal@ch13albany.com>

—by first class mail upon the following parties at the addresses listed below:




—by certified mail upon the following parties at the addresses listed below:




Dated: _____April 28_____, 20 _15_
_____Latham_____, New York

_/s/ Justin Myers_
Name

Sworn to before me this

_28_ day of __April__, 20 _15_

_/s/ Carrie Schlegel_
Notary Public, State of New York
CARRIE SCHLEGEL
Notary Public, State of New York
No. 01SC5025691
Qualified in Schenectady County
Commission Expires 04/04/2018

LM:1(06/12/2013)

3